IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FREDERICK HAMILTON BANKS                                                    PETITIONER

VERSUS                                              CIVIL ACTION NO. 5:07cv172-DCB-MTP

CONSTANCE REESE, et al.                                                    RESPONDENTS

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed with prejudice and as to the conditions of confinement claims without prejudice so that the petitioner may pursue those claims in the proper manner.

SO ORDERED AND ADJUDGED, this the  13th  day of November, 2007.


    s/ David Bramlette
UNITED STATES DISTRICT JUDGE